IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **11-cv-2879-JLK**

**CHRISTINA WAGGONER,**

    Plaintiff,

v.

**SAFEWAY, INC.,**

    Defendant.

---

## ORDER

---

This matter is currently before me on Defendant's Unopposed Motion to Amend (doc. 14). Having reviewed the motion, and finding good cause appearing for the requested relief, the motion is GRANTED. The clerk's office shall accept for filing the Amendment to Answer (doc. 14-1) tendered with Defendant's Motion.

Dated: February 29, 2012                  BY THE COURT:

                                                                **/s/John L. Kane**
                                                                Senior U.S. District Court Judge