IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No.   **11-cv-2879-JLK**

**CHRISTINA WAGGONER,**

    Plaintiff,

v.

**SAFEWAY, INC.,**

    Defendant.

## ORDER

This matter comes before me on the parties' Stipulation for Dismissal WITH Prejudice, Doc. 49.   I hereby approve the parties' Stipulation and

**ORDER** that the above-captioned action is DISMISSED WITH PREJUDICE, each party to bear her or its own attorney fees and costs.

DATED:   July 22, 2013          BY THE COURT:

                                                        ***s/John L. Kane***
                                                        John L. Kane, U.S. Senior District Judge